UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIYO ITO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC,<br><br>        Defendant. | Case No. 22-mc-80041-AGT<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**<br><br>Re: Dkt. No. 1 |

Before the Court is the application of Taiyo Ito and Hideko Ito ("Applicants") for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on YouTube, LLC for use in a contemplated civil proceeding in Japan. Dkt. 1. Applicants, who reside in Japan and each operate a YouTube channel featuring copyrighted videos of dogs and cats, allege that defamatory statements about them and unauthorized copies of their videos were anonymously posted on YouTube through two YouTube accounts. Dkt. 2 (Nibe Decl.) ¶¶ 4–5, 7. Applicants assert that they intend to bring a lawsuit in Japan against the person(s) associated with those two YouTube accounts as soon as their identities are ascertained. *Id.* ¶ 6. Applicants thus request permission to subpoena documents from YouTube identifying the user(s) of the two accounts, the names and addresses of credit card holders registered on the accounts, and access logs for the accounts. Dkt. 4-1 (Proposed Subpoena).

Having reviewed Applicants' pending application and supporting materials, the Court finds that the statutory requirements of 28 U.S.C. § 1782(a) are satisfied, and the discretionary *Intel* factors also favor authorizing service of the proposed subpoena. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004). Accordingly, the Court grants the application and authorizes service of the proposed subpoena on YouTube.

This order is without prejudice to any argument that might be raised in a motion to quash or modify the subpoena by YouTube following service or by the YouTube account user(s) whose identifying information is sought.  The Court orders Applicants and YouTube to comply with the following requirements to ensure all interested persons have an opportunity to contest the subpoena if they wish:

1. At the time of service of the subpoena, Applicants must also serve a copy of this order on YouTube.

2. No later than 10 days after service of the subpoena and this order, YouTube shall notify each of the account users that their identifying information is sought by Applicants and shall serve a copy of this order on each such account user.

3. YouTube and/or each account user whose identifying information is sought may, no later than 21 days after YouTube provides notice to its users, file a motion in this Court contesting the subpoena (including a motion to quash or modify the subpoena).

4. If any party contests the subpoena, YouTube shall preserve, but not disclose, the information sought by the subpoena pending resolution of that contest.

5. Any information Applicants obtain pursuant to the subpoena may be used only for purposes of the anticipated action in Japan, and Applicants may not release such information or use it for any other purpose, absent a Court order authorizing such release or use.

**IT IS SO ORDERED.**

Dated: April 21, 2022

ALEX G. TSE
United States Magistrate Judge